UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOUNDENTION FOR GLOBAL SUSTAINABILITY, OAK RIDGE ENVIRONMENTAL PEACE ALLIANCE, TENNESSEE CITIZENS FOR WILDERNESS PLANNING, TENNESSEE SCENIC RIVERS ASSOCIATION, NUCLEAR INFORMATION AND RESOURCE SERVICE, COMMUNITY DEFENSE OF EAST TENNESSEE, AND SOWING JUSTICE, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES DEPARTMENT OF ENERGY, <br><br>Defendants. | No. 25-cv-02218 <br><br> REQUEST FOR ORAL HEARING ON MOTION FOR PARTIAL DISMISSAL |

Come now the Plaintiffs, pursuant to LCvR 7(f), and in support of this Request for Oral Hearing on Partial Motion to Dismiss, state to the Court as follows:

1. Defendants filed a Motion For Partial Dismissal herein. Plaintiffs filed an Opposition to the Motion, and Defendants filed a Reply. So the Motion is ready for consideration by the Court.

2. Plaintiffs assert that the issues presented by the Motion for Partial Dismissal are complicated. The parties disagree about the terms and requirements of the relevant applicable statutes and the application of various judicial decisions. Therefore, it would assist the Court in deciding this case to hear from the parties in oral argument and for the Court to ask questions to better understand the respective positions of the parties.

3. Plaintiffs have conferred with defense counsel and Defendants state that they take no position on the motion.

*/s/  Terry J. Lodge*  
Terry J. Lodge, Esq.  
316 N. Michigan St., Ste. 520  
Toledo, OH 43604-5627  
tjlodge50@yahoo.com  

*/s/  Wallace L. Taylor*  
Wallace L. Taylor  
4403 1st Ave. S.E., Suite 402  
Cedar Rapids, Iowa 52402  
wtaylorlaw@aol.com  
Appearing pro hac vice  

Co-counsel for Plaintiffs